**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER DONNELLY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-3530 |
| | § | |
| PENNSYLVANIA DEPT. OF CORRECTIONS, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER OF DISMISSAL**

Plaintiff, a Pennsylvania state inmate proceeding *pro se*, filed a letter with this Court complaining of actions taken against him by the Pennsylvania Department of Corrections and the Pennsylvania Board of Probation and Parole. The Clerk of the Court docketed the letter as a prisoner section 1983 lawsuit. (Docket Entry No. 1.)

Neither plaintiff nor defendants are citizens of, or have any contacts with, the State of Texas, and plaintiff asserts no claims that arose in Texas. To the contrary, plaintiff states that he sent this letter to the Southern District of Texas " because I don't know where else to turn." He asserts no basis for jurisdiction in this Court, and the Court finds none.

This lawsuit is DISMISSED FOR WANT OF JURISDICTION.

Signed at Houston, Texas on December 23, 2014.

_____
Gray H. Miller
United States District Judge